# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LJI, Inc, a Minnesota corporation, and Joe and Linda Itman

Case No. Civil 00-1702 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Homewatch International, Inc., a Colorado corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

That defendant Homewatch International, Inc.'s motion to dismiss is granted. Plaintiffs' complaint is dismissed with prejudice.

DATE: November 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(15)